**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. SCOTT TURICCHI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RANDALL QUAID, et al., <br><br> Defendants. | CV 18-8908 PA (AFMx) <br><br> JUDGMENT OF DISMISSAL |

In accordance with the Court's April 25, 2019 minute order dismissing the Complaint filed by plaintiffs R. Scott Turicchi and Lannette C. Turicchi ("Plaintiffs") for lack of subject matter jurisdiction,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and defendants Randall Quaid and Evgenia Quaid shall have their costs of suit.

DATED: April 25, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE